

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00018-CV

## EX PARTE TODD WARREN ALTSCHUL

**From the 74th District Court
McLennan County, Texas
Trial Court No. 2402-J**

## MEMORANDUM OPINION

Todd Warren Altschul attempts to appeal the trial court's decision to deny Altschul's petition for writ of habeas corpus. In a letter dated January 27, 2021, the Clerk of this Court notified Altschul that the appeal was subject to dismissal because it appeared no final, appealable order or judgment had been signed by the trial court. *See* TEX. R. APP. P. 26.1; 42.3; 44.3. In the same letter, Altschul was warned that the Court would dismiss this appeal unless, within 14 days from the date of the letter, a response was filed showing grounds for continuing the appeal. Altschul filed a response, but it does not show grounds for continuing the appeal.

Accordingly, this appeal is dismissed without prejudice to Altschul filing a new notice of appeal when a written order is signed. TEX. R. APP. P. 42.3(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Neill, and
        Justice Scoggins[1]
Appeal dismissed
Opinion delivered March 3, 2021
[CV06]



[1] The Honorable Al Scoggins, Senior Justice of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.